OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.26⁵
02 1W
0001401603 MAY 19 2015

5/14/2015

HOOVER, BRYAN LEE    Tr. Ct. No. 2000CR6098A-W1                    WR-83,288-01

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

RETURN TO SENDER
INMATE RELEASED
NAME AND SID NUMBER DO NOT MATCH
ITEMS NOT ALLOWED IN THIS FACILITY

BRYAN LEE HOOVER
BEXAR COUNTY ADULT - TDC # 708768
200 N. COMAL
SAN ANTONIO, TX 78207